United States District Court
Southern District of Texas
**ENTERED**
May 10, 2018
David J. Bradley, Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| JOHN FRITZLER, individually and on behalf of all others similarly situated, <br><br> v. <br><br> NOBLE ENERGY INC., RELIABLE FIELD SERVICES, LLC, and ALL AROUND ROUSTABOUT, LLC | Docket No. 4:17-cv-1278 |
| CRAIG SCHINDLER, individually and on behalf of all others similarly situated, <br><br> v. <br><br> WHITING PETROLEUM CORP. | Docket No. 4:18-cv-00634 |

### ORDER APPROVING COMPROMISE SETTLEMENT AGREEMENT AND RELEASE AND STIPULATION OF DISMISSAL OF LAWSUIT WITH PREJUDICE

Before the Court is Plaintiffs' Unopposed Motion for Approval of Compromise Settlement Agreement and Release and Stipulation of Dismissal of Lawsuit with Prejudice. The Court has reviewed the terms of the Compromise Settlement Agreement and Release (the "Agreement"), the pleadings in these cases, and the issues presented therein and: (1) approves the settlement, including all of the terms and conditions set forth in the Agreement attached as Exhibit A to Plaintiffs' Motion; (2) orders the parties to implement and complete the settlement process described in the Agreement; and (3) dismisses the above-captioned Lawsuits and all claims asserted, or that could have been asserted by Plaintiffs, in the lawsuits with prejudice in accordance with the Agreement.

Each party shall bear his or its own costs and fees, except to the extent otherwise provided for in the parties' Agreement.

ORDERED this ___ day of **MAY 0 9 2018** , 2018.

_____
UNITED STATES DISTRICT JUDGE